# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3610

_____

James E. Sherrod,                             *
                                              *
            Appellant,                        *
                                              *
      v.                                      *    Appeal from the United States
                                              *    District Court for the
Frank Hopkins, Warden,                        *    District of Nebraska.
                                              *
            Appellee,                         *         [UNPUBLISHED]
                                              *
Harold Clark, Director; David Dunster,        *
Inmate,                                       *
                                              *
            Defendants,                       *
                                              *
Jarrett Bodfield, Corporal,                   *
                                              *
            Appellee,                         *
                                              *
Russell Schuster, Case Manager,               *
                                              *
            Defendant.                        *

_____

Submitted: April 6, 2000

Filed: April 12, 2000

_____

Before McMILLIAN, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Nebraska inmate James E. Sherrod appeals from the district court's[1] adverse judgment in his 42 U.S.C. § 1983 action after a jury trial. Mr. Sherrod has not, however, identified any error in his appellate brief, nor has he furnished this court with a trial transcript or a reason to prepare one at government expense. See Fed. R. App. P. 10(b)(2), 28(a); Primary Care Investors, Seven, Inc. v. PHP Healthcare Corp., 986 F.2d 1208, 1212 (8th Cir. 1993) (unspecific assertions of error are waived); Schmid v. United Bhd. of Carpenters & Joiners, 827 F.2d 384, 386 (8th Cir. 1987) (per curiam) (claims of error related to verdict being against weight of evidence are unreviewable without transcript), cert. denied, 484 U.S. 1071 (1988). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.